**STATE of Missouri, Respondent,**

v.

**Michael T. WALLER, Appellant.**

**No. WD 75952.**

Missouri Court of Appeals, Western District.

April 15, 2014.

Rehearing Denied June 24, 2014.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for respondent.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, for appellant.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Michael T. Waller appeals his conviction and sentence, following a bench trial, for first-degree property damage, under section 569.100, RSMo 2000. Waller was sentenced as a persistent offender to three years in prison. Waller claims that the trial court erred in admitting a video of his police interview into evidence, and that the evidence was insufficient to support his conviction. Finding no error, we affirm the judgment of the trial court. Rule 30.25(b).